# Order

Michigan Supreme Court
Lansing, Michigan

August 3, 2021

161733 & (17)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

PRENTICE DEVELL WATKINS,
　　　　Defendant-Appellant.

SC: 161733
COA: 352899
Jackson CC: 99-094247-FC

_____/

　　　　On order of the Court, the motion to hold in abeyance is GRANTED. The application for leave to appeal the June 9, 2020 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Poole* (Docket No. 161529) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2021



Clerk

a0726